```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00170
    APRIL BROOKS
    CALVIN L BROOKS                          CHAPTER 13

                                             JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-3245    SSN XXX-XX-0210
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/05/08 and confirmed on 04/10/08.

2. The case was converted to Chapter 7 after confirmation, 11/07/2008.

3. The Debtor paid a total of $ 12825.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC | SECURED | 34284.00 | 1310.79 | 4384.59 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 10825.00 | 491.66 | 1854.71 |
| CITIFINANCIAL | SECURED | 1000.00 | 40.86 | 223.42 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 5446.85 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PLANTATION BILLING CENTE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE CYCLE PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 8443.53 | .00 | .00 |

Summary of disbursements:

---

|                     | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|---------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED  | 46109.00 | .00      | 13890.38  | .00   | 59999.38 |
| PRINCIPAL PAID      | 6462.72  | .00      | .00       | .00   | 6462.72  |
| INTEREST PAID       | 1843.31  | .00      | .00       | .00   | 1843.31  |
| TOTAL PAID          | 8306.03  | .00      | .00       | .00   | 8306.03  |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   3500.00 and was paid $    866.00  direct and $   2634.00  through the plan.

The Trustee received $     659.97 .

Refunds to the Debtor totaled $   1225.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE